```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
THE EXPORT-IMPORT BANK OF THE REPUBLIC :
OF CHINA,                                                         :         13 Civ. 1450 (HB)
                                                                   :
                       Plaintiff/Judgment Creditor,               :
                                                                   :
         - against -                                              :
                                                                   :
GRENADA,                                                          :
                                                                   :
                       Defendant/Judgment Debtor.                 :
                                                                   :
------------------------------------------------------------------ X

**Hon. HAROLD BAER, JR., District Judge:**

## ORDER ON CONSENT

On March 4, 2013, Plaintiff/Judgment Creditor, The Export-Import Bank of the Republic of China ("Ex-Im Bank"), filed its Complaint in this action accompanied by an Order to Show Cause seeking, among other relief, a temporary restraining order, including with respect to defendant Grenada's U.S. Dollar Bonds Due 2025 and E.C. Dollar Bonds Due 2025 as described in Grenada's Offering Memorandum dated September 9, 2005, pages of which are attached as Exhibit L to the Declaration of Paul E. Summit dated March 5, 2013 ("the Bonds").

On March 8, 2013, the Government of Grenada issued a press release entitled "Grenada to Commence discussions with Creditors on the Restructuring of its Public Debt" ("the Press Release") with respect to the Bonds.

By consent of the parties and consistent with the Press Release, it is HEREBY ORDERED that Grenada shall not (i) make any payment with respect to the Bonds or (ii) attempt to alter or amend the processes or specific transfer mechanisms (including the use of existing

firms) for the making of payments under the Bonds, without first having given not less than ten (10) calendar days' prior written notice to counsel for Ex-Im Bank and the Court.

This ORDER shall remain in effect until modified by the Court.

**SO ORDERED.**

**New York, New York**
**March 13, 2013**

_____
**HAROLD BAER, JR.**
**United States District Judge**

2