UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
THE EXPORT-IMPORT BANK OF    :
THE REPUBLIC OF CHINA,             :            **Case No. 13-CV-1450**
                                              :            **(ECF)**
            Plaintiff/Judgment Creditor,  :
       :
          -against-                      :          **AFFIDAVIT OF SERVICE**
       :
GRENADA,                                        :
       :
            Defendant/Judgment Debtor. :
------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) s.s.:
COUNTY OF NEW YORK  )

        Susan Larkin, being duly sworn, deposes and says: I am over 18 years of age, a resident of New York County, and not a party to this action.

        1. On March 6, 2013, I served the Civil Cover Sheet, Summons, Complaint, Rule 7.1 Statement, Order to Show Cause, Memorandum of Law in Support of Order to Show Cause, Declaration of Paul E. Summit, Declaration of Chin-Hua Tsai, the United States District Court's (Southern District of New York) Electronic Case Filing Rules and Instructions, and the Individual Practice Rules of Judge Harold Baer, Jr., on CT Corporation Systems, Grenada's agent for service of process pursuant to the loan agreements at issue in this litigation, at the following address by FedEx:

CT Corporation Systems
111 Eighth Avenue
13th Floor
New York, NY 10011

        2. On March 6, 2013, I also served the Civil Cover Sheet, Summons, Complaint, Rule 7.1 Statement, Order to Show Cause, Memorandum of Law in Support of Order to

Show Cause, Declaration of Paul E. Summit, Declaration of Chin-Hua Tsai, the United States District Court's (Southern District of New York) Electronic Case Filing Rules and Instructions, and the Individual Practice Rules of Judge Harold Baer, Jr., on the following Grenadian officials by certified mail, return receipt requested:

Mr. Derrick James
Consul General of Grenada
Consulate General of Grenada
800 Second Avenue, Suite 400 K
New York, NY 10017

Her Excellency Gillian M. S. Bristol
Ambassador of Grenada
Embassy of Grenada
1701 New Hampshire Avenue NW
Washington, D.C. 20009-2051

3. Finally, on March 6, 2013, I served the Civil Cover Sheet, Summons, Complaint, Rule 7.1 Statement, Order to Show Cause, Memorandum of Law in Support of Order to Show Cause, Declaration of Paul E. Summit, Declaration of Chin-Hua Tsai, the United States District Court's (Southern District of New York) Electronic Case Filing Rules and Instructions, and the Individual Practice Rules of Judge Harold Baer, Jr., on the following Grenadian official by certified mail, return receipt requested:

Mr. Timothy Antoine
Permanent Secretary
Ministry of Finance
Financial Complex
The Carenage, St. George's
Grenada

_____
Susan Larkin

Sworn to before me this
12th day of March 2013

_____
Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 15

2