UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
EXPORT-IMPORT                                             Docket Number: 13 CV 1450 (HB)

       -against-                                              NOTICE OF ASSIGNMENT

GRENADA
------------------------------------------------------

The above-entitled action is:

[ ] Declined by Hon.
    As [ ] Related/ [ ] Similar to case #:

[ ] Assigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                    , Magistrate Judge

[ X ] Accepted by Hon. HAROLD BAER (HB) as [ ] Related/ [ X ] Similar to case #:   06 CV 2469
[ X ] Designated  [ ] Redesignated Hon. ANDREW J. PECK (AJP), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                                                                          Ruby J. Krajick
                                                                                          Clerk of Court

Dated: 03/14/2013                                          By:      PHYLLIS ADAMIK
                                                                                                                Deputy Clerk