UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
THE EXPORT-IMPORT BANK OF :
THE REPUBLIC OF CHINA, : Civil Action No. 13-cv-1450
:
              Plaintiff/Judgment Creditor, :
:
  -against- :
:
GRENADA, :
:
             Defendant/Judgment Debtor. :
:
------------------------------------------------------------------ x

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Export-Import Bank of The Republic of China certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       March 4, 2013

SULLIVAN & WORCESTER LLP

By: _____
    Paul E. Summit
    Andrew T. Solomon
1633 Broadway
New York, NY 10019
T. 212 660.3000
F. 212.660.3001

*Attorneys for Plaintiff*