UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
THE EXPORT-IMPORT BANK OF THE REPUBLIC OF                           :
CHINA,                                                              :   13 Civ. 1450 (HB)
                                                                    :
                        Plaintiff/Judgment Creditor,                :
                                                                    :
            - against -                                             :
                                                                    :
GRENADA,                                                            :
                                                                    :
                        Defendant/Judgment Debtor.                  :
                                                                    :
------------------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Boaz S. Morag of Cleary Gottlieb Steen & Hamilton LLP hereby enters his appearance as attorney of record for and on behalf of Defendant Grenada in connection with the above-captioned action.

Dated: New York, New York
       April 17, 2013

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        By:  /s/ Boaz S. Morag
                                             Boaz S. Morag
                                             (bmorag@cgsh.com)

                                             One Liberty Plaza
                                             New York, New York 10006
                                             (212) 225-2000

                                             *Attorney for Defendant Grenada*