UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, :
:      13 Civ. 1450 (HB)
:
                Plaintiff/Judgment Creditor, :
:
                - against - :
:
GRENADA, :
:
                Defendant/Judgment Debtor. :
:
------------------------------------------------------------------- X

**NOTICE OF MOTION
FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFF'S COMPLAINT**

      PLEASE TAKE NOTICE that upon the declaration of Boaz S. Morag, dated April 17, 2013, all attached exhibits, the accompanying Memorandum of Law and all prior pleadings and papers filed in this action, defendant Grenada will move this Court, at a date and time to be determined by this Court, pursuant to Federal Rule of Civil Procedure 12(c), for an order granting judgment on the pleadings dismissing plaintiff The Export-Import Bank of the Republic of China's Complaint with prejudice, and for such other relief as this Court deems just and proper.

      NOTICE IS FURTHER GIVEN that plaintiff's response to the Motion shall be filed on or before May 1, 2013, or such later date as may be agreed to by the parties and approved by the Court.

Dated: New York, New York
April 17, 2013

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      By:   /s/ Boaz S. Morag
                                            Boaz S. Morag (bmorag@cgsh.com)

*Of Counsel:*
Kristin A. Bresnahan

                                      One Liberty Plaza
                                      New York, New York 10006
                                      (212) 225-2000

                                      Attorneys for Defendant Grenada

TO:     Paul E. Summit (psummit@sandw.com)
          Andrew T. Solomon (asolomon@sandw.com)
          Sullivan & Worcester LLP
          1633 Broadway
          New York, New York 10019

          *Attorneys for Plaintiff The Export-Import Bank of the Republic of China*