UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,

                              Plaintiff/Judgment Creditor,

                      - against -

GRENADA,

                             Defendant/Judgment Debtor.
------------------------------------------------------------------- X

13 Civ. 1450 (HB)

## DECLARATION OF BOAZ S. MORAG
## IN SUPPORT OF
## DEFENDANT GRENADA'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to 28 U.S.C. § 1746, Boaz S. Morag declares as follows:

1. I am an attorney admitted to practice before this Court and Counsel at Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), attorneys for defendant Grenada in this matter. I submit this declaration on behalf of Grenada in support of its Motion for Judgment on the Pleadings Dismissing Plaintiff's Complaint.

2. Attached to this declaration as Exhibits A-Q are true and correct copies of the following documents, each of which has previously been filed with the Court:

| Ex. | Document |
| --- | --- |
| A | Letter of Paul Summit to Hon. Harold Baer, Jr., dated Mar. 7, 2013 ("Relatedness Letter"); |
| B | Complaint, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Mar. 29, 2006) ("Action One Compl."); |

| Ex. | Document |
|---|---|
| C | Answer, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. June 26, 2006) ("Action One Answer"); |
| D | Offering Memorandum, *Grenada Offer to Exchange New Bonds for Eligible Claims*, dated Sept. 9, 2005, excerpts of which were attached as Exhibit L to the Declaration of Paul E. Summit In Support of Motion By The Export-Import Bank Of The Republic Of China For An Order To Show Cause Why A Preliminary Injunction Should Not Issue, With A Temporary Restraining Order, dated Mar. 14, 2013 ("Summit Decl."); |
| E | Order Granting Summary Judgment, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Feb. 6, 2007); |
| F | Judgment, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Feb. 6, 2007); |
| G | Plaintiff's Memorandum Of Law In Support Of Motion To Amend The Judgment And For Attorneys' Fees And Costs, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Feb. 20, 2007); |
| H | Amended Judgment, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Mar. 16, 2007); |
| I | Promissory Note dated Aug. 8, 1990 ("First Promissory Note"), which was attached as Ex. 5 to the Declaration Of Emily A. Samuels In Support Of Plaintiff's Motion For Summary Judgment, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Dec. 21, 2006) ("Samuels Decl."); |
| J | Promissory Note dated Apr. 29, 1997 ("Second Promissory Note"), which was attached as Ex. 7 to the Samuels Decl.; |
| K | Promissory Note dated Nov. 17, 1997 ("Third Promissory Note"), which was attached as Ex. 9 to the Samuels Decl.; |
| L | Promissory Note dated Nov. 15, 2000 ("Fourth Promissory Note"), which was attached as Ex. 11 to the Samuels Decl.; |
| M | Plaintiff's Memorandum Of Law In Support Of Its Motion For Summary Judgment, *The Export-Import Bank of the Republic of China v. Grenada*, No. 06-cv-2469(HB) (S.D.N.Y. Dec. 21, 2006); |

| Ex. | Document |
|---|---|
| N | Loan Agreement (Loan No. 6020216001) dated July 27, 1990 ("First Loan Agreement"), which was attached as Ex. 4 to the Samuels Decl.;[1] |
| O | Loan Agreement (Loan No. 6020216002) dated Apr. 24, 1997 ("Second Loan Agreement"), which was attached as Ex. 6 to the Samuels Decl.; |
| P | Loan Agreement (Loan No. 6020216003) dated Oct. 1, 1997 ("Third Loan Agreement"), which was attached as Ex. 8 to the Samuels Decl.; |
| Q | Loan Agreement (Loan No. 6020216004) dated Jan. 21, 2000 ("Fourth Loan Agreement"), which was attached as Ex. 10 to the Samuels Decl. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2013 in New York, New York.

/s/ Boaz S. Morag
BOAZ S. MORAG

---

[1] The four Loan Agreements are also attached as Exhibits B-E to the Summit Decl. filed in this action.

3