UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

                Plaintiff/Judgment Creditor,

          -against-

GRENADA,

                Defendant/Judgment Debtor.
-------------------------------------------------------------X

Civil Action No: 13-cv-1450 (HB)

**NOTICE OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS**

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and papers filed in this action, Plaintiff/Judgment Creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank") will move this Court, the Honorable Harold J. Baer, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, Room 23B, pursuant to Federal Rule of Civil Procedure 12(c), for an order granting judgment on the pleadings establishing Grenada's liability for violations of the *pari passu* clauses and restrictive covenants of the Loan Agreements, as defined in the accompanying Memorandum of Law, and for such other relief as this Court deems just and proper.

    Ex-Im Bank respectfully requests a hearing on the issues presented in the Motion.

{B1582282; 1}

1

Dated: New York, New York          SULLIVAN & WORCESTER LLP
       May 9, 2013

                                        By: /s/ Paul E. Summit
                                               Paul E. Summit
                                               Andrew T. Solomon
                                        1633 Broadway
                                        New York, NY 10019
                                        T. 212.660.3000
                                        F. 212.660.3001

                                        *Attorneys for Plaintiff/Judgment Creditor The Export-Import Bank of the Republic of China*


TO:    Boaz S. Morag (bmorag@cgsh.com)
          Kristin A. Bresnahan (kbreshanan@cgsh.com)
          Cleary Gottlieb Steen & Hamilton LLP
          One Liberty Plaza
          New York, New York 10006

          *Attorneys for Defendant/Judgment Debtor Grenada*

{B1582282; 1}