UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :
THE EXPORT-IMPORT BANK OF THE REPUBLIC OF                           :        13 Civ. 1450 (HB)
CHINA,                                                              :
                                                                    :
                            Plaintiff/Judgment Creditor,            :
                                                                    :
                            - against -                             :
                                                                    :
GRENADA,                                                            :
                                                                    :
                            Defendant/Judgment Debtor.              :
                                                                    :
------------------------------------------------------------------- X

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Kristin A. Bresnahan of Cleary Gottlieb Steen &

Hamilton LLP hereby enters her appearance as attorney of record for and on behalf of Defendant

Grenada in connection with the above-captioned action.


Dated: New York, New York
       May 28, 2013

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP


                            By:    /s/ Kristin A. Bresnahan
                                   Kristin A. Bresnahan
                                   (kbresnahan@cgsh.com)

                                   One Liberty Plaza
                                   New York, New York 10006
                                   (212) 225-2000

                                   *Attorney for Defendant Grenada*