UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,<br><br>                Plaintiff,<br><br>          v.<br><br>GRENADA,<br>                Defendant. | 13-cv-01450 (HB)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

      The motion of Katherine Dobson, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of New York; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Katherine Dobson |
| Firm Name: | Bingham McCutchen LLP |
| Address: | 399 Park Avenue |
| City/State/Zip: | New York, NY 10022 |
| Telephone No.: | (212) 705-7000 |
| Fax No.: | (212) 752-5378 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/31/13

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for GMO Trust, on behalf of its series GMO Emerging Country Debt Fund, GMO Emerging Country Debt L.P., GMO Emerging Country Debt Investment Fund plc, and Greylock Global Opportunity Master Fund Ltd. in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

A/75566939.1

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  New York, New York
        May ____, 2013

_____
United States District/Magistrate Judge

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 5/30/13

A/75566939.1