UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,<br><br>        Plaintiff,<br><br>    v.<br><br>GRENADA,<br><br>        Defendant/Judgment Debtor. | Case No. 13-cv-1450 (HB)<br><br>**RULE 7.1 STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT OF FRANKLIN TEMPLETON EMERGING MARKET DEBT OPPORTUNITIES FUND PLC

Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Franklin Templeton Emerging Market Debt Opportunities Fund plc ("FTEMDOF") (a private non-governmental party) certifies that, on information and belief, as of July 1, 2013, FTEMDOF does not have any corporate parents, affiliates and/or subsidiaries which are publicly held and no publicly held corporation owns 10% or more of FTEMDOF's stock.

Dated: New York, New York  
July 1, 2013

**BINGHAM McCUTCHEN LLP**

By: /s/ Timothy B. DeSieno  
    Timothy B. DeSieno  
    tim.desieno@bingham.com  
    Katherine Dobson*  
    katherine.dobson@bingham.com  
    399 Park Avenue  
    New York, New York  10022-4689  
    (212) 705-7000  
    (212) 752-5378  

    Sabin Willett*  
    Julia Frost-Davies*  
    Samuel R. Rowley*  
    One Federal Street  
    Boston, MA  02110-1726  

*Attorneys for Intervenor-Defendants*

\* Admitted *pro hac vice*.