UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,
          Plaintiff,

v.

GRENADA,

          Defendant/Judgment Debtor.

Case No. 13-cv-1450 (HB)

**RULE 7.1 STATEMENT**

### CORPORATE DISCLOSURE STATEMENT OF GMO TRUST, ON BEHALF OF ITS SERIES GMO EMERGING COUNTRY DEBT FUND, GMO EMERGING COUNTRY DEBT L.P., AND GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC

Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GMO Trust, on behalf of its series GMO Emerging Country Debt Fund ("ECDF"), GMO Emerging Country Debt L.P. ("ECDLP"), and GMO Emerging Country Debt Investment Fund plc ("ECDIF"), (each a private non-governmental party) certifies the following:

    1.    ECDF does not have any corporate parents, affiliates and/or subsidiaries which are publicly held and no publicly held corporation owns 10% or more of ECDF's stock.

    2.    ECDLP does not have any corporate parents, affiliates and/or subsidiaries which are publicly held and no publicly held corporation owns 10% or more of ECDLP's stock.

    3.    ECDIF does not have any corporate parents, affiliates and/or subsidiaries which are publicly held. ECDIF, through its counsel, certifies that International Paper Company, a publicly-held corporation, owns 10% or more of its stock.

Dated: New York, New York                    **BINGHAM McCUTCHEN LLP**
       July 1, 2013

By: <u>/s/ Timothy B. DeSieno     </u>
    Timothy B. DeSieno
    tim.desieno@bingham.com
    Katherine Dobson*
    katherine.dobson@bingham.com
    399 Park Avenue
    New York, New York  10022-4689
    (212) 705-7000
    (212) 752-5378

    Sabin Willett*
    Julia Frost-Davies*
    Samuel R. Rowley*
    One Federal Street
    Boston, MA  02110-1726

*Attorneys for Intervenor-Defendants*

\* Admitted *pro hac vice*.