

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

August 26, 2013

By Facsimile

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/13
```

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007-1312

Re: <u>The Export-Import Bank of the Republic of China v. Grenada, 13-CV-1450</u>

Dear Judge Baer:

We represent The Export-Import Bank of the Republic of China ("Ex-Im Bank") in the above-referenced action against Grenada.

For several reasons, counsel for Ex-Im Bank, Grenada, and the newly-joined parties jointly request additional time to submit a proposed pretrial scheduling order to the Court. The parties have had some summer scheduling issues and difficulty communicating with their respective clients. The Rosh Hashanah holiday is also upcoming; and the parties would like more time to examine the recent Second Circuit decision handed down in *NML v. Argentina* on Friday, August 23, 2013.

For these reasons, the parties respectfully request that the Court extend the deadline to submit a proposed pretrial scheduling order until September 9, 2013.

Respectfully submitted,

Paul E. Summit

Direct line: 617-338-2488
psummit@sandw.com

cc: Boaz S. Morag, Esq.
    Sabin Willett, Esq.

*Sept 9 OK w/ me*
*SO ORDERED*
*Harold Baer 8/27/13*
*USDJ*

BOSTON   NEW YORK   WASHINGTON, DC


PRINTED WITH SOY INKS   30% PCW

Endorsement:

September 9 is OK with me.

Case 1:13-cv-01450-HB   Document 51   Filed 08/28/13   Page 2 of 2