```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF CHINA       :
                                                          :
                              Plaintiff   :          13cv1450 (HB)
                                                          :
        -against-                                  :
                                                          :          ORDER
GRENADA                                          :
                                                          :
                              Defendant.  :
------------------------------------------------------------X

**Hon. HAROLD BAER, JR., District Judge:**

   WHEREAS the parties participated in a status conference on September 16, 2013; and

   WHEREAS the parties stated that pending action by the International Monetary Fund may alter the financial position of Defendant Grenada and hasten a settlement of all issues in the case; it is hereby,

   **ORDERED** that the matter is adjourned to January 10, 2014; and it is further

   **ORDERED** that the parties will submit a Pretrial Scheduling Order ("PTSO") on or before that date; and it is further

   **ORDERED** that all parties will participate in a teleconference on January 10, 2014 at 11 A.M. to discuss the PTSO and the status of the case; and it is further

   **ORDERED** that the parties will inform the Court of earlier developments of note, which result in the need of a Pretrial Conference before the end of the year.

SO ORDERED.

Date: 9/19/13
New York, New York

HAROLD BAER, JR.
United States District Judge