

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

January 10, 2014

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007-1312

Re: The Export-Import Bank of the Republic of China v. Grenada, 13-CV-1450 (HB)

Dear Judge Baer:

We represent The Export-Import Bank of the Republic of China ("Ex-Im Bank") in the above-referenced action against Grenada. I write on behalf of all parties to submit for Your Honor's approval the enclosed Pretrial Scheduling Order ("PTSO") which the parties are jointly submitting pursuant to the Court's September 19, 2013 Order ("Order").

As part of the proposed schedule, plaintiff Ex-Im Bank, defendant Grenada, and the Intervenors request that the Court extend the stay of this litigation for an additional and final three months through April 11, 2014. The process between Grenada and the International Monetary Fund ("IMF") remains underway. Indeed, I am advised by counsel for Grenada that representatives of Grenada and the IMF are meeting in Washington D.C. this week.

Accordingly, the parties are in agreement that at this juncture a further stay until April 11, 2014 is in the best interest of all parties. Each of the parties has also agreed that there will be no applications for a further stay beyond the ninety days contemplated in the draft order and therefore propose in the PTSO deadlines for the remaining litigation milestones.

The parties are available for a telephonic conference to address any questions the Court may have.

Respectfully submitted,

Paul E. Summit

cc: Boaz S. Morag, Esq.
    P. Sabin Willett, Esq.

BOSTON   NEW YORK   WASHINGTON, DC




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

THE EXPORT-IMPORT BANK OF THE REPUBLIC OF
CHINA,

                Plaintiff,

         - against -

GRENADA,

                Defendant.

----------------------------------------------------------------X

13 Civ. 1450 (HB)

**PROPOSED PRETRIAL SCHEDULING ORDER**

**APPEARANCES**

| | | |
|---|---|---|
| Plaintiff(s) by: | Paul E. Summit | Andrew T. Solomon |
| Defendant(s) by: | Boaz S. Morag | |
| Intervenor(s) by: | P. Sabin Willett | |

**HAROLD BAER, Jr., District Judge:**

      Do the parties consent to proceed before a United States Magistrate Judge for all purposes, pursuant to 28 U.S.C. §636(c) and Fed. R. Civ. P. 73?

                        Yes ___      No **X**

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, after holding an initial pretrial conference on notice to all parties, it is hereby ordered that:

      Except under circumstances agreed to by the Court:

1.    **This case is added to the March 2015 Trailing Trial Calendar.**

      Jury __. Non-Jury **X**. Estimated number of trial days is **2**. Counsel should not make any other commitments during this month.

      As a general rule, and for your information when filling this out prior to the PTC, keep in mind that all cases will be tried within a reasonable time from the date of this pretrial conference (e.g., 9-11 months) based on the complexity of the case. I will abide by your choice of month to try your case, assuming I deem it to be a reasonable time. Keep in mind the quid pro quo is that the month you choose, due to my trailing trial calendar format, will rarely if ever be changed.

2.    The stay entered by the Court on September 19, 2013 will continue through **April 11, 2014**.

3.    No additional parties may be joined after **May 30, 2014**.

{B1681257; 1}

New parties shall be bound by the deadlines included in this Pretrial Scheduling Order. If new parties are joined, the party joining them shall forward to them a copy of this Pretrial Scheduling Order and offer to provide them with access to all previously taken discovery. Should this pose a seemingly insurmountable problem, call Chambers.

4. No additional causes of action or defenses may be asserted after **May 30, 2014**.

5. **Discovery:** All discovery will be completed by **October 31, 2014**. Any delays that threaten this timetable are to be brought immediately to the attention of the Court. <u>As the Court rarely grants extensions, any delays or disputes in the taking of discovery should be reported to the Court immediately</u>.

Where applicable, decisions with respect to disclosure and discovery of electronically stored information, along with privilege issues related to that information, shall be provided to the Court within **10 days** following the signing of this Order by the Court.

6. **Motions:** The last day for fully-briefed motions (i.e., moving, opposition and reply papers) to be in Chambers is **December 15, 2014**. Either party may request (and will be given a date by Chambers) for oral argument. It is up to the parties, consistent with Federal and/or Local Rules, to ensure that each has sufficient time to brief their motions by the deadline.

In choosing the last date to submit fully briefed motions juxtaposed with your agreed-to trial month, keep in mind that the Court requires at least **60 days** to decide dispositive motions.

7. **Expert testimony:** Disclosure of expert testimony, if any, will be made at least 45 days before the first day of the agreed to trial month. Evidence intended to contradict or rebut the subject matter of the expert testimony will be submitted within 21 calendar days after the disclosure made by the other party, subject only to further order of this Court.

8. **Joint Pretrial Order:** A joint pretrial order may be requested when your trial date is set, and will typically need to be submitted to Chambers from 10 days to 2 weeks prior to trial. See my Individual Practices for details.

9. The law clerk assigned to this case is _____.

10. **Mediation:** Upon request to Chambers by either side, the Court will schedule and conduct a settlement conference and/or mediation. The Court will also, upon request, facilitate mediation under the Court Mediation Program or a settlement conference before your Magistrate Judge. In the case of a mediation to be conducted by the Court, all parties must bring their respective clients to the mediation. Keep in mind, closure, for the most part, is accomplished in direct proportion to how early in the litigation the mediation occurs. Any ADR procedure must occur within the framework of this order.

11. **Settlement/Discontinuance:** Whenever a case is resolved, the parties must submit an Order of Discontinuance, signed by all parties, before the case will be removed from the trial calendar.

{B1681257; 1}

When the parties settle within forty-eight hours of trial or the filing of a dispositive motion, they <u>must</u> notify the Court immediately of such settlement, and fax to the Court no less than thirty-six hours prior to their planned appearance an Order of Discontinuance (copy attached), signed by all parties.

12. The parties' signatures below represent their understanding and agreement that this schedule is final and binding upon them unless the Court concludes that extraordinary circumstances warrant an extension with respect to one or more than one of the scheduled dates.

_____
For Plaintiff

_____
For Defendant

_____
For Intervenors

**SO ORDERED.**

DATED:

_____
New York, New York

_____
HAROLD BAER, JR.
United States District Judge

Rev. 10/23/12

{B1681257; 1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

                                                                                                                                              \_\_\_\_ Civ. \_\_\_\_ (HB)

- against -

                                                                                                                                           **ORDER OF**
                                                                                                                                          **DISCONTINUANCE**

-------------------------------------------------------------X

**Hon. HAROLD BAER, JR., District Judge:**

     This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

     ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by _____, and in no event more than 30 to 45 days from the date of this order, any party may apply to have the action reopened, and it is further

     ORDERED that the Clerk of the Court is instructed to close any pending motions, close this case and remove it from my docket.

**SO ORDERED:**
New York, New York

Dated:_____                    _____
                                                                    U.S.D.J.

I hereby consent to the entry of this proposed order:

_____               _____
Attorneys for Plaintiff                               Attorneys for Defendant

                                                      _____
                                                    Attorneys for Third-party