USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6/10/14

Baer, H.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,

                              Plaintiff/Judgment Creditor,

- against -

GRENADA,

                              Defendant/Judgment Debtor.

GMO TRUST, on behalf of its series GMO EMERGING COUNTRY DEBT FUND, GMO EMERGING COUNTRY DEBT L.P., GMO EMERGING COUNTRY DEBT INVESTMENT FUND PLC, GREYLOCK GLOBAL OPPORTUNITY MASTER FUND LTD., and FRANKLIN TEMPLETON EMERGING MARKET DEBT OPPORTUNITIES FUND PLC,

                              Intervenors/Defendants.
----------------------------------------------------------------- X

13 Civ. 1450 (HB)

**STIPULATION**

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff The Export-Import Bank of the Republic of China ("Ex-Im Bank") and defendant Grenada that:

       1.     Grenada's opposition to Ex-Im Bank's Motion to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant ("Motion"), now due on June 11, 2014, will be served on or before June 17, 2014.

       2.     Ex-Im Bank's reply in further support of the Motion, now due on June 13, 2014, will be served on or before June 24, 2014.

Dated: New York, New York
June 6, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Boaz S. Morag

One Liberty Plaza
New York, New York 10006
T. (212) 225-2894
F. (212) 225-3999

*Attorneys for Defendant/Judgment Debtor Grenada*

SULLIVAN & WORCESTER LLP

By: _____
Paul E. Summit
Andrew T. Solomon

1633 Broadway
New York, New York 10019
T. (212) 660-3000
F. (212) 660-3001

*Attorneys for Plaintiff/Judgment Creditor The Export-Import Bank of the Republic of China*

SO ORDERED, THIS 10 DAY OF June 2014

John F. Keenan
U.S.D.J.
Aug 1

2