UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

        Plaintiff/Judgment Creditor,

   -against-

GRENADA,

        Defendant/Judgment Debtor.
------------------------------------------------------------X

13 Civ. 1450 (HB)

ECF CASE

MOTION FOR ADMISSION
PRO HAC VICE

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Caitlin C. Fahey, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff/Judgment Creditor The Export-Import Bank of the Republic of China in the above-captioned action.

    I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
       June 16, 2014

                                        Respectfully submitted,

                                        /s/Caitlin C. Fahey
                                        Caitlin C. Fahey
                                        Sullivan & Worcester LLP
                                        One Post Office Square
                                        Boston, MA 02109
                                        617.338.2800 (Telephone)
                                        617.338.2880 (Facsimile)
                                        cfahey@sandw.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2012**, said Court being the highest Court of Record in said Commonwealth:

**Caitlin Clark Fahey**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **June** in the year of our Lord **two thousand and fourteen.**

*[signature]*
MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

        Plaintiff/Judgment Creditor,

    -against-

GRENADA,

        Defendant/Judgment Debtor.
------------------------------------------------------------X

13 Civ. 1450 (HB)

ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of Caitlin C. Fahey for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

    Applicant's Name:    Cailtin C. Fahey
    Firm Name:    Sullivan & Worcester LLP
    Address:    One Post Office Square
    City/State/Zip:    Boston, MA 02109
    Telephone:    617.338.2800
    Facsimile:    617.338.2880
    Email:    cfahey@sandw.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Export Import Bank of the Republic of China in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  June __, 2014

                                                                                     United States District Judge