UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
THE EXPORT-IMPORT BANK OF THE REPUBLIC OF : 13 Civ. 1450 (WHP)
CHINA, :
:
                         Plaintiff/Judgment Creditor, :
:
                   - against - :
:
GRENADA, :
:
                         Defendant/Judgment Debtor. :
:
GMO TRUST, on behalf of its series GMO EMERGING :
COUNTRY DEBT FUND, GMO EMERGING :
COUNTRY DEBT L.P., GMO EMERGING COUNTRY :
DEBT INVESTMENT FUND PLC, GREYLOCK :
GLOBAL OPPORTUNITY MASTER FUND LTD., and :
FRANKLIN TEMPLETON EMERGING MARKET :
DEBT OPPORTUNITIES FUND PLC, :
:
                         Intervenors/Defendants. :
:
-----------------------------------------------------------------------X

**NOTICE OF FILING**

        Defendant Grenada gives notice of filing the communication attached hereto as Exhibit A pursuant to the Court's Order on Consent, dated March 13, 2013, ECF No. 2.

Dated: New York, New York
July 23, 2014

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Boaz S. Morag
      Boaz S. Morag (bmorag@cgsh.com)

*Of Counsel:*
Jacob H. Johnston

One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Grenada*

# EXHIBIT A

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC<br>PARIS<br>BRUSSELS<br>LONDON<br>FRANKFURT<br>COLOGNE<br>MOSCOW | ONE LIBERTY PLAZA<br>NEW YORK, NY 10006-1470<br>(212) 225-2000<br>FACSIMILE (212) 225-3999<br>WWW.CLEARYGOTTLIEB.COM<br>Writer's Direct Dial +1 212 225 2894<br>E-Mail: bmorag@cgsh.com | ROME<br>MILAN<br>HONG KONG<br>BEIJING<br>BUENOS AIRES<br>SÃO PAULO<br>ABU DHABI<br>SEOUL |

July 23, 2014

**BY EMAIL & FEDEX**

Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Re: *Export Import Bank of the Republic of China v. Grenada*, 13 Civ. 1450 (WHP)

Dear Paul:

Per the Order on Consent issued by Judge Baer on March 13, 2013, the Government of Grenada has asked us to notify the Export-Import Bank of the Republic of China and the Court of the Government's intention to make an offer (the "Offer") to exchange Grenada's E.C. Dollar Bonds Due 2025 (the "Existing E.C. Dollar Bonds") for new E.C. Dollar Bonds with different financial terms (the "New E.C. Dollar Bonds") sometime next month after August 3, 2014. Under the anticipated terms of the Offer, the Existing E.C. Dollar Bonds would be cancelled on the closing date of the transaction. Grenada will seek to register the New E.C. Dollar Bonds with the Eastern Caribbean Central Securities Registry (the "ECCSR") and will appoint the ECCSR as the paying agent. The New E.C. Dollar Bonds will utilize the same currency and payment mechanism that is now in place for the Existing E.C. Dollar Bonds.

Sincerely,

Boaz S. Morag

cc: P. Sabin Willett, Esq.