USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                               :

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,                      :        13cv1450

            Plaintiff,                 :        <u>SCHEDULING ORDER</u>

       -against-                     :

GRENADA,                                       :

           Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        This case has been reassigned to District Judge William H. Pauley III for all purposes. Counsel are directed to appear for a status conference in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on September 4, 2014 at 2:30 p.m.

Dated: August 13, 2014
       New York, New York

                                           SO ORDERED:

                                           WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record:*

Andrew T. Solomon, Esq.
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019

Caitlin C. Fahey, Esq.
Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
*Counsel for Plaintiff*

Boaz S. Morag, Esq.
Kristin A. Bresnahan, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Defendant*