```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

    Plaintiff/Judgment Creditor,

  -against-

GRENADA,

    Defendant/Judgment Debtor.
-----------------------------------------------------------X

13 Civ. 1450 (HB)

ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE**

  The motion of Caitlin C. Fahey for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Cailtin C. Fahey |
| Firm Name: | Sullivan & Worcester LLP |
| Address: | One Post Office Square |
| City/State/Zip: | Boston, MA 02109 |
| Telephone: | 617.338.2800 |
| Facsimile: | 617.338.2880 |
| Email: | cfahey@sandw.com |

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Export Import Bank of the Republic of China in the above entitled action;

  IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ~~June~~ 2014
   August 14

_____
United States District Judge