**MEMO ENDORSED**

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, DC | ONE LIBERTY PLAZA | ROME |
| PARIS | NEW YORK, NY 10006-1470 | MILAN |
| BRUSSELS | (212) 225-2000 | HONG KONG |
| LONDON | FACSIMILE (212) 225-3999 | BEIJING |
| FRANKFURT | WWW.CLEARYGOTTLIEB.COM | BUENOS AIRES |
| COLOGNE | Writer's Direct Dial: +1 212 225 2894 | SÃO PAULO |
| MOSCOW | E-Mail: bmorag@cgsh.com | ABU DHABI |
| | | SEOUL |

September 2, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/14

**BY ECF & MAIL**

The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1920
New York, New York 10007

Re: *Export Import Bank of the Republic of China v. Grenada*, 13 Civ. 1450 (WHP)

Dear Judge Pauley,

We write on behalf of defendant Grenada and with the consent of all other parties, to respectfully request that the Court adjourn the status conference currently scheduled for September 4, 2014 at 2:30 p.m. to September 23 or 24 or thereafter at the Court's convenience. Grenada and the Export Import Bank of the Republic of China are presently engaged in advanced settlement discussions regarding the resolution of this action. Though the settlement will not be finalized by Thursday, the parties are hopeful that this matter can be resolved over the next two weeks and for that reason request that the status conference be adjourned. This is the first request for an adjournment of the status conference. Plaintiff's counsel and Intervenor-Defendants' counsel have reviewed this letter and consent to its submission.

Sincerely,

Boaz S. Morag

*Application granted. The conference is adjourned to September 26, 2014 at 10:30 a.m.*

cc: Paul Summit, Esq. (counsel for Plaintiff)
P. Sabin Willett, Esq. (counsel for Intervenor-Defendants)

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/3/14

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.