# CLEARY GOTTLIEB STEEN & HAMILTON LLP

WASHINGTON, DC
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

Writer's Direct Dial: +1 212 225 2894
E-Mail: bmorag@cgsh.com

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

September 11, 2014

**BY ECF & MAIL**

The Honorable William H. Pauley III
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1920
New York, New York 10007

Re: *Export Import Bank of the Republic of China v. Grenada*, 13 Civ. 1450 (WHP)

Dear Judge Pauley,

When I wrote to you on September 2, 2014 on behalf of defendant Grenada seeking an adjournment on consent of the status conference set for September 4, 2014, I neglected to apprise the Court of my unavailability on September 25 and 26 due to the Rosh Hashanah holiday. I apologize for that oversight. I am therefore writing to the Court, again with agreement of all parties, to respectfully request a rescheduling of the status conference from September 26, 2014 to any date during the weeks of September 29 (except the late afternoon of October 3) or October 6 that is convenient for the Court.

This is the second request for an adjournment of the status conference. Plaintiff's counsel and Intervenor-Defendants' counsel have graciously consented to this request.

Respectfully submitted,

Boaz S. Morag

cc: Paul Summit, Esq. (counsel for Plaintiff)
P. Sabin Willett, Esq. (counsel for Intervenor-Defendants)

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.