USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,                        :      13cv1450

           Plaintiff,                  :      SCHEDULING ORDER

           -against-                   :

GRENADA,                                       :

           Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on October 8, 2014, the following is established on consent:

1. This Court will hold a conference on November 14, 2014 at 11:00 a.m. to discuss the progress of settlement discussions;

2. Discovery is extended to February 18, 2015;

3. The parties will submit a joint pretrial order by March 18, 2015;

4. This Court will hold a final pretrial conference on March 27, 2015 at 11:00 a.m.

Dated: October 8, 2014
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

-2-

*Counsel of Record:*

Paul E. Summit, Esq.
Caitlin C. Fahey, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Andrew T. Solomon, Esq.
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
*Counsel for Plaintiff*

Boaz S. Morag, Esq.
Kristin A. Bresnahan, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Defendant*

Timothy B. DeSieno, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
*Counsel for Intervenor Defendants*