UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
: 
THE EXPORT-IMPORT BANK OF :
THE REPUBLIC OF CHINA, : Civil Action No. 13-cv-1450 (HB)
:
        Plaintiff/Judgment Creditor, :
:
-against- :
:
GRENADA, :
:
        Defendant/Judgment Debtor. :
:
GMO TRUST, on behalf of its series GMO EMERGING :
COUNTRY DEBT FUND, GMO EMERGING COUNTRY :
DEBT L.P., GMO EMERGING COUNTRY DEBT :
INVESTMENT FUND PLC, GREYLOCK GLOBAL :
OPPORTUNITY MASTER FUND LTD., and FRANKLIN :
TEMPLETON EMERGING MARKET DEBT :
OPPORTUNITIES FUND PLC, :
:
        Intervenors/Defendants. :
:
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/14

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff The Export-Import Bank of the Republic of China ("Ex-Im Bank") and Defendant Grenada ("Grenada") that:

    1.    Exim Bank's Motion to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant (ECF No. 60-62) (the "Motion") is hereby withdrawn without prejudice.

    2.    Accordingly, the following documents filed by Ex-Im Bank on June 4, 2014 are withdrawn: (1) the Notice of Motion of the Export-Import Bank of the Republic of China to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant (ECF No. 60); (2) the Memorandum of Law of the Export-Import Bank of the Republic of China in

Support of its Motion to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant (ECF No. 61); and (3) the Declaration of Paul E. Summit in Support of Motion by the Export-Import Bank of the Republic of China to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant (ECF No. 62).

3. The following documents filed by Grenada in opposition to the Motion on June 17, 2014 are also withdrawn: (1) the Declaration of Boaz S. Morag in Support of Defendant Grenada's Opposition to The Export-Import Bank of The Republic of China's Motion to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant (ECF No. 65); (2) the Declaration of Timothy N.J. Antoine (ECF No. 66); and (3) the Memorandum of Law of Grenada in Opposition to The Export-Import Bank of the Republic of China's Motion to Compel Grenada's Response to Plaintiff's First Set of Document Requests to Defendant (ECF No. 67).

4. In light of the withdrawal of the Motion, Ex-Im Bank's reply in further support of the Motion, which by "so ordered" stipulation (ECF No. 63) is to be served on or before June 24, 2014, need not be filed.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

10/15/14

Dated: New York, New York    SULLIVAN & WORCESTER LLP
       June 20, 2014

By: /s/ *Paul E. Summit*
    Paul E. Summit
    Andrew T. Solomon
1633 Broadway
New York, NY 10019
T. 212.660.3000
F. 212.660.3001
psummit@sandw.com
asolomon@sandw.com

*Attorneys for Plaintiff/Judgment Creditor*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ *Boaz S. Morag*
    Boaz S. Morag
One Liberty Plaza
New York, New York 10006
T. 212.225.2894
F. 212.225.3999
bmorag@cgsh.com

*Attorneys for Defendant/Judgment Debtor*

SO ORDERED, THIS ___ DAY OF _____ 2014

_____