UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                          :
THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,                                        :        13cv1450

                          Plaintiff,                     :        SCHEDULING ORDER

                     -against-                           :

GRENADA,                                                 :

                          Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties appeared for a conference on November 14, 2014.  If this

matter has not settled, this Court will hold a status conference on December 10, 2014 at 11:00.

Dated: November 17, 2014
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Paul E. Summit, Esq.
Caitlin C. Fahey, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109
Andrew T. Solomon, Esq.
Sullivan & Worcester LLP

-1-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/14

1633 Broadway, 32nd Floor
New York, NY 10019
*Counsel for Plaintiff*

Boaz S. Morag, Esq.
Kristin A. Bresnahan, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
*Counsel for Defendant*

Timothy B. DeSieno, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022
*Counsel for Intervenor Defendants*