UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA        Plaintiff,

Case No. 13 Civ. 1450

-against-

GRENADA                      Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Timothy B. DeSieno**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TD4316    My State Bar Number is 4207429

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Bingham McCutchen LLP
            FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: +1.212.705.7000
            FIRM FAX NUMBER: +1.212.752.5378

NEW FIRM:   FIRM NAME: Morgan, Lewis & Bockius LLP
            FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: +1.212.705.7000
            FIRM FAX NUMBER: +1.212.752.5378

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/25/14                    /s/ Timothy B. DeSieno
                                   ATTORNEY'S SIGNATURE