USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-8-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,                :     13cv1450

        Plaintiff,        :     SCHEDULING ORDER

    -against-                   :

GRENADA,                          :

        Defendant.        :
---------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The status conference previously scheduled for December 10, 2014 at 11:00 a.m. is rescheduled for December 11, 2014 at 12:00 p.m. Counsel in Boston are advised that they may appear by teleconference. Counsel in New York are directed to appear in person in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: December 8, 2014
       New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Paul E. Summit, Esq.
Caitlin C. Fahey, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109

Andrew T. Solomon, Esq.
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019

*Counsel for Plaintiff*

Boaz S. Morag, Esq.
Kristin A. Bresnahan, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

*Counsel for Defendant*

Timothy B. DeSieno, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

*Counsel for Intervenor Defendants*