USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/24/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,                          :    13cv1450

        Plaintiff,                          :    SCHEDULING ORDER

      -against-                                :

GRENADA,                                        :

        Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      The parties are directed to appear for a pre-trial conference on February 6, 2015 at 10:30 a.m. to discuss dates for submission of a pre-trial order and for trial.

Dated: December 24, 2014
       New York, New York

                SO ORDERED:

                WILLIAM H. PAULEY III
                U.S.D.J.

-2-

*Counsel of Record:*

Paul E. Summit, Esq.
Caitlin C. Fahey, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109


Andrew T. Solomon, Esq.
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
*Counsel for Plaintiff*


Boaz S. Morag, Esq.
Kristin A. Bresnahan, Esq.
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*Counsel for Defendant*


Timothy B. DeSieno, Esq.
Morgan Lewis & Bockius LLP
399 Park Avenue
New York, NY 10022
*Counsel for Intervenor Defendants*